FILED
CLERK, U.S. DISTRICT COURT
MAR 26 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS PALACIOS, | No. CV 08-966-CJC(CW) |
| Plaintiff, | JUDGMENT |
| v. | |
| LINDA SANDERS, et al., | |
| Defendants, | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATE: March 26, 2008

_____
CORMAC J. CARNEY
United States District Judge